IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

T.B.R, a minor, by and through Samantha Green, his mother and natural guardian,

    Plaintiff,

v.

NANCY ANN BERRYHILL, Acting Commission of Social Security,

    Defendant.

CASE NO. CV419-068

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of July 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA