# United States District Court
## Southern District of Georgia

T.R.B.,
by and through Samantha Green, his mother
and natural guardian,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-068

NANCY ANN BERRYHILL, Acting
Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 16, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE and Plaintiff's Motion for Leave to Proceed In Forma Pauperis is DISMISSED AS MOOT. This case stands CLOSED.



| 07/16/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk